JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 16-08500-AB (GJSx)

Standard Fabrics International Inc

Plaintiff,

ORDER DISMISSING CIVIL ACTION

v.

Jaxis II Inc et al

Defendants.

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 27, 2017

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE